HELEN T. WHITE, ETC. v. BETTY J. PAGE, ET AL.

June 3, 1986.

Petition for certification denied.

EILEEN WUNSCHEL, ETC., ET AL. v. CITY OF
JERSEY CITY, ET AL.

June 3, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 234)

LAWRENCE GREENWALD v. CHRISTOPHER C. CONA, ET AL.

June 3, 1986.

Petition for certification denied.

VILLA DELICATESSEN, INC. v. TOWNSHIP OF NUTLEY, ET AL.

June 3, 1986.

Petition for certification denied.